IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:12-cv-02147-CMA-MJW**

LEIF STEPHENS,

Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,
a Delaware limited partnership,

Defendant.

_____

**DEFENDANT CAPITAL MANAGEMENT SERVICES LP'S CORPORATE DISCLOSURE STATEMENT**
_____

Defendant Capital Management Services, LP, ("Defendant") files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and states as follows:

1. Defendant does not have any parent companies; and

2. No publicly held company owns 10% or more of Defendant's stock.

DATED this 26th day of September, 2012.

                                Respectfully submitted,

                                Adam L. Plotkin, P.C.

By:   /s/ Joseph J. Lico_____
       Joseph J. Lico, Esq.
       621 Seventeenth Avenue, Suite 1800
       Denver, Colorado 802933
       Telephone: (303) 302-6864
       FAX: (303) 302-6864
       jlico@alp-pc.com
       Attorneys for Defendants

2

## Certificate of Service

       I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notification of such filing was also sent to the following address postage prepaid via U.S. Mail:

       Leif Stephens
       8639 Gold Peak Place, #D
       Highlands Ranch, CO  80130

                                                      By:    /s/ Joseph J. Lico
                                                                Joseph J. Lico, Esq.