IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-02147-CMA-KLM

LEIF STEPHENS,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P., a Delaware

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the two Stipulated Motions to Dismiss With Prejudice (Doc. ## 22 and 23), signed by the Plaintiff and the attorneys for the Defendants, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

DATED:  November 30, 2012

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge